**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENNIFER KWEIK,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 15-6163 |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Defendant. | : | |
| | : | |

# O R D E R

**AND NOW**, this 28th day of October, 2016, after careful and independent review of the initial Complaint (Doc. No. 3), Defendant's Answer (Doc. No. 6), the administrative record (Doc. No. 8), and all related submissions, and upon consideration of Plaintiff's Request for Review (Doc. No. 10), Defendant's Response (Doc. No. 11), Plaintiff's Reply (Doc. No. 12), and Chief Magistrate Judge Linda K. Caracappa's Report and Recommendation (Doc. No. 15), to which there are no objections, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 15) is **APPROVED AND ADOPTED**.

2. Plaintiff's Request for Review (Doc. No. 10) is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.